

**Daniel Slawinski**
GM - Menomonee Falls, WI #1209
Wk: 262-946-6067 / w01209mgr@costco.com

**Reference Letter: Jennifer Goss**                               June 16, 2018

I am writing this reference at the request of Jennifer Goss. Jennifer has worked for Costco Wholesale since October 2015. Jennifer started her career with Costco as a part time optician. During this time she shined and the management team placed her into the supervisor in training program(SIT) in June 2016. Jennifer was promoted to full time front end supervisor in February 2018 and shortly after in March 2017 into her current role as Optical Manager. I have worked with Jennifer since I arrived to the Menomonee Falls Costco as the General Manager in May 2017.

Jennifer is one of the few people we can count on to be on time and rarely calls in sick. Jennifer has only called in one time in the past year. Jennifer has no counseling notices in her file. She trusted to manage her department and her employees on a daily basis. She writes schedules for her staff and is accountable to her departments budget, including P&L. Not only has Jennifer been working as the manager of her deparment she has also studied and passed her state ABO exam in May 2018 and is also scheduled to take her state NCLE exam this November.

I became aware of the situation Jennifer is in, shockingly, this April in an article in the Milwaukee Journal. Since this situation happened prior to her employment with Costco we decided to let the legal system take its course. According to our company's Employee Agreement page 68, number 6. Costco Wholesale may terminate employment due to missed time due to incarceration.

In conclusion, Jennifer has been as asset to the Menomonee Falls Costco since she began her career with us in October 2015. Her performance in my warehouse is an indication of her dedication to this company and her employees. I would like Jennifer to continue her career as my Optical Manager here at the Menomonee Falls Costco. If you need any additional information, feel free to contact me anytime.

Sincerely,

Daniel Slawinski
GM - Menomonee Falls, WI #1209

Dear Judge Alderman,

Thank you for taking the time to read my letter regarding Jennifer Goss sentencing.

My name is Eric Goss, Jennifer Goss husband. It's my understanding she had a mishap in judgment and I know this mishap has not and will not defined her. I have always looked up to my wife on how strong and caring she is. Her character is something I have always envied; she is someone I strive to be.

We have been together for eighteen years and fourteen of them we have been married. We have two children, ages 10 (Mason) and 12 (Samantha). My wife and children are my entire world and I don't know what them or I would do without there mom/wife home every night. We have always told them family is everything and they have been strong through this entire ordeal.

My wife and I are a team and without her I don't know if I could do it all. Jennifer has a great job at Costco and carries the insurance for our family. I just have to thank God for the insurance lately from my knee surgery to my sons Asthma issues. She makes good money at her job and has already started paying restitution to the victim. This payment is a lifetime sentence.

I hope you can find it in your heart to allow my wife and our children's mother to be home every night. She is our rock; our universe.

Thank you again for taking the time to read my letter.

Sincerely,

Eric J. Goss

# Lori L Blum

W1209 Rome Rd. Rubicon, Wi. 53078
262-673-9639
Rblum54@yahoo.com

August 11, 2018

Dear Judge Adelmann,

I would like you to get to know my daughter, Jennifer Goss, like I know her. I had the pleasure to raise my young daughter, into a mature responsible adult that she is.

Jennifer is one of the most important people in our family. She is the one we go to when there is a family function to plan. She makes sure all are included, and no one is left out. One holiday our immediate family and extended family were all invited to Jennifer's home. She opened her home to about 25 people. Made most of the dinner and gift bags for all the kids. Family always comes first to Jen.

She is the most amazing mother. She is raising 2 children. She makes sure her kids are in all the right places and the right times. Between the sports they love and the lessons, most are arranged by Jennifer.

Jennifer work ethics are something I'm proud of. She worked her way to manager in her department at Costco. She started by walking neighborhoods putting flyers on door steps for the store. Then attending classes, got promotions, until she reached her goal of Manager.

I have so much trust in Jennifer, she is the executor on our will. I know she will make sure our estate is handled with care and fairly between her brothers.

I can't imagine a life without Jennifer in it. She is a person you can talk to, knowing whatever is discussed stays between you and her.

I am so very proud to call Jennifer my daughter. Just writing this letter makes me even prouder to see a lot of the things that make Jennifer who she is in writing.

I could write a novel about this young lady, but I hope you understand what a great person Jennifer is.

Warm Regards,

Jennifer's mom

Lori Blum

*Lori L Blum* (signature)

# Dear Judge Alderman

I am writing this letter on behalf of Jennifer M Goss. I have known Jennifer for 19 years and she has been nothing short of an extraordinary individual. She is a very kind, generous and loving person. We are so proud to have her as part of our family. She takes care of her children with the highest regard, trying to provide for them and teaching them the differences between right and wrong and always to be respectful to everyone. She has taught them to help out people and not judge a person. She is always there to help out when someone is sick and making time for people when they need it. When my husband was sick with cancer, Jennifer was right there helping out taking him to the doctor and making sure he was cared for when I couldn't be there. Just recently when I broke my finger she came to help me out without me even asking. She wanted to help with the things that I could not do. Also recently Jennifer offered to take my granddaughter from Colorado and have her stay with them a few days as my son and wife have been going through a divorce and Jennifer thought it might be beneficial for Peyton to come and spend time with family.

She has been a loving wife to my son as I have never seen two people more in love with each other. They are there for each other for better or worse as they said in their marriage vows. Jennifer came from a very loving family who has taught her to be the kind of person she is. Both of our families spend time together on the holidays and Jennifer is always offering to have the holidays at their house.

I want to express my feelings that I feel Jennifer should not be taken away from her children and husband. FAMILY is the key word here. She has been the glue that has kept them all together not only with her own family but with our family as well. I hope you will take this into consideration

I appreciate your time and consideration in this matter.


Pamela M Goss

Jennifer's mother-in-law