| | |
|---|---|
| **From:** | Craig Macauley |
| **To:** | Corey, Zachary (USAWIE) |
| **Subject:** | Wick Victim Statement |
| **Date:** | Tuesday, August 21, 2018 11:33:37 AM |

To whom it may concern;

This statement is in support of Dennis Wick and the injustice that he has been subject to in this case. When I first met Dennis I knew right away he was a caring and compassionate person. He had confidence, a personality and sense of humor that made people happy to be around him. Since this who process has begun his mental state and general personality has changed for the worse. He has had to endure stress, disappointment, anger, and pain that is unfair for anyone to have to be put through. Dennis was a trusting kind hearted person and that was stripped away by the actions and theft of this case. I along with most of America have no confidence in the Department of Justice and our Judicial system anymore. This is proven everyday by the actions of the leaders of the DOJ and their treasonous actions. I plead to the judge and prosecutors in this case to hand down the maximum punishment in this case to the guilty suspect. Along with the money she has stolen and the legal fees that have accrued, my sister and Dennis now have to live in destitution even though he worked his whole life to retire comfortably. Also add to that the medical conditions that he has now due to the stress of this case, their life will never be the same. Do the just and right thing and punish this woman to the full extent of the law!

Craig Macauley

Joshua Wicks Written testimonial to the court.

I believe that Jennifer Goss should be shown now remorse by the courts. Jennifer's actions have caused undo stress to myself and my family and in some cases has directly affected the health of loved ones. How can a person sit in meetings begging for money from my father to cover payroll and then in turn just take it for themselves. She would plot and deceive employees so they would turn on each other all for her own personal gain in the company. Jennifer Goss's actions more than likely single handedly caused the demise of the company which in turn adversely affected all who were employed at Financial Equipment Co. There were many sleepless nights for myself wondering if I was going to be paid that week. Eventually I was forced to seek new employment after being with the company for 23 years. I ended up obtaining new employment at the cost of a $3.00 per hour pay cut and a loss of three weeks of vacation along with starting over on the seniority ladder.

**From:** Koeppl, Christopher G
**To:** Corey, Zachary (USAWIE)
**Subject:** Dennis Wick
**Date:** Thursday, August 16, 2018 7:07:56 AM

---

Dear Mr Corey-

Re: Dennis Wick
DOB 09-02-1950

Mr Wick and his wife have asked that I send a note to you regarding his medical condition. He has recently been diagnosed in our Memory Diagnostic Clinic with dementia, most likely a combination of Lewy Body dementia (a type of dementia often associated with Parkinson's disease), with perhaps also a component of cognitive decline on the basis of chronic traumatic encephalopathy (head injury, repeated concussions).

It is also felt that there is aggravation of his condition on the basis of depression and anxiety, most likely related to the extremely stressful events engendered by the business-related legal issues. Stress and depression can frequently aggravate this type of condition. The degree to which this is affecting his overall condition is hard to estimate, but ultimately often determined by the degree to which his condition improves after treatment for depression. The primary cause of his dementia, however, is the Lewy Body disease, related to his Parkinson's disease, which is being addressed by his neurologist.

I am not his treating physician, but a consultant involved in the memory evaluation. He has several other providers involved in his care.

Sincerely,

Christopher G. Koeppl, MD, FACP
*Internal Medicine, Ministry Medical Group*

**Ascension I Ministry Health Care**
2251 North Shore Dr.
Rhinelander, WI 54501

Ascension.org/Wisconsin
T: 715-361-4850
F: 715-361-4343
Christopher.Koeppl@ascension.org

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files are confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your

computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.