| | |
|---|---|
| **From:** | Max Bittenbender |
| **To:** | Corey, Zachary (USAWIE) |
| **Subject:** | Dennis Wick |
| **Date:** | Saturday, August 25, 2018 1:38:52 PM |

After having known the Wicks for a few years, I have definitely noticed a change in Dennis since the onset of legal matters which he faces. Having a mother with Parkinson's, things like Masking ( blank, uncertain look ) have been quite obvious to me. I have also noticed on one or two occasions a slight tremor, and a lack of balance. Considering the fact that when I first met Dennis he showed no symptoms at all, I was a bit surprised by how quickly his Parkinson's related symptoms progressed.                                        Please feel free to contact me if you have any further questions.         Thank you.......Max Bittenbender.



501 Minger Drive * Greendale, IN 47025
Phone 812-577-3053   Fax 812-577-3056
www.fortissecurity.com

August 22, 2018

RE: Fortis Security Products / Jennifer Goss

To: Corey Zachary

From: Kirk Williams / Fortis Security Products

Fortis Security Products is a small manufacturing company in Greendale, Indiana. I have known Dennis Wick for approximately 20 years. Fortis was a supplier to Financial Equipment Company for eight to 10 years. In early 2015, we began having slow payments issues with Financial Equipment Company. During the years when Dennis Wick was active in the business, we never had a payment issue. The slow pay was followed by the 1st bad check then 2 or 3 more. All checks were written and signed by Jennifer Goss. When I followed up on what the issues were, I was always given an excuse about one of their customers bounced a check and it caused them to bounce our check. The excuses were also supported by Kevin Callahan. Because of the long term relationship I had with Dennis and Kevin, I tried to continue giving them the benefit of the doubt. After the 3rd bounced check, I stopped shipping product to them. Unfortunately by this time Financial Equipment was late on $35,000 in equipment. Kevin told me of his plan to buy Dennis out and was getting a loan that would pay off our debt. This never happened. We were out $35,000 plus attorney fees of $10,000.

The damage is considerable to a small company like Fortis Security Products. The damage Jennifer Goss and Kevin Callahan did to us was extremely hurtful. This greedy act impacted our profit sharing plan for our employees and their families. Jennifer Goss and Kevin Callahan had a total disregard for our employees and their families. It ruined a long term business relationship as well as what I considered a friendship. I know in my conversations with Dennis it was very damaging to him. I believe this affected his health greatly.

Mistakes and accidents happen in everyday life and I understand that. But greed is not an accident. Greed is not a mistake. It's planned. Putting your personal wants above everyone else including the people that rely on you to feed their families is not acceptable.

I don't know how you can make someone pay for the pain they cause others. There should be consequences for their actions. I do believe they should feel some of the pain as far as giving up some of their lifestyle or personal belongings they received from this greedy act. If they feel some of the pain, maybe they will remember and not repeat this crime.


Kirk Williams
President
Fortis Security Products
812-577-3053


1

| | |
|---|---|
| **From:** | Lizzie Severson |
| **To:** | Corey, Zachary (USAWIE) |
| **Subject:** | Dennis Wick, Character Reference |
| **Date:** | Wednesday, August 22, 2018 4:40:53 PM |

I have known Dennis Wick for over 40 years. Our families have hunted, fished and traveled together through out the years. Life was good! We worked together until I moved away. Dennis is generous, resourceful, motivated and was focused on and dedicated to his business. He is devoted to his family and friends. I can call on Dennis and trust that he will always be there for me and my family.

Prior to the circumstances that arose in the selling of his company, Dennis was active, happy and looking forward to retirement.

I am honored to call him my best friend.

Sincerely,

Duane Severson
4313 250th Ave
New Auburn, WI  54757

715-643-4402